**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Central_____ District of __California_____
                    (State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | DGWB Ventures, LLC, a California limited liability company |
| 2. **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number (EIN)** | 3 3 – 0 8 9 8 7 4 0 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 217          N. Main Street <br> Number      Street | <br> Number        Street |
| Suite 118 | PO Box 11863 <br> P.O. Box |
| Santa Ana          CA      92701 <br> City          State      ZIP Code | Santa Ana        CA    92711 <br> City        State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Orange <br> County | <br> Number      Street |
| | <br> City        State      ZIP Code |

5. **Debtor's website** (URL) _____



American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor  DGWB Ventures, LLC
_____  Case number (if known) _____
Name

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C.
§ 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>5</u> <u>3</u> <u>1</u> <u>3</u>

**8 Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. Check **all** that apply:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    DGWB Ventures, LLC _____    Case number (*if known*) _____
　　　　　Name

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No

☐ Yes. District _____ When _____ Case number _____
　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

If more than 2 cases, attach a separate list.

　　　　　　District _____ When _____ Case number _____
　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes. Debtor _____ Relationship _____

List all cases. If more than 1, attach a separate list.

　　　　　　District _____ When _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　　　　Case number, if known _____

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　Number　　　Street

_____
City　　　　　　　　　　　　State　　ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

　　　　Contact name _____

　　　　Phone _____

---

### Statistical and administrative information

---



American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    __DGWB Ventures, LLC_____    Case number (if known) _____

Name

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __01/06/2021__
              MM / DD / YYYY

**x** _(signature)_                                              Jon Ernest Gothold
Signature of authorized representative of debtor          Printed name

Title  Manager of Debtor

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | DGWB Ventures, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**18. Signature of attorney**   ✗ /s/ Michael B. Reynolds   Date 01/06/2021

Signature of attorney for debtor   MM / DD / YYYY

Michael B. Reynolds

Printed name

Snell & Wilmer L.L.P.

Firm name

600 Anton Blvd., Suite 1400

Number        Street

Costa Mesa        CA        92626

City        State        ZIP Code

(714) 427-7000        mreynolds@swlaw.com

Contact phone        Email address

174534        CA

Bar number        State



American LegalNet, Inc.
www.FormsWorkFlow.com

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>DGWB Ventures, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Central _____ District of CA<br>(State)</td></tr>
<tr><td>Case number (If known):</td><td>_____</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Avalon Financial Group, Inc.<br>1075 N. Coast Hwy<br>Laguan Beach, CA 92651 | Jeff Randolph<br>jeffrandolph15@gmail.co<br>949-633-2040 | Professional services | | | | 45,250.00 |
| 2 | OC Tax Collector<br>PO Box 4515<br>Santa Ana, CA 92702 | | Taxes | | | | 12,504.44 |
| 3 | SVA Architects, Inc.<br>6 Hutton Centre Dr, Ste 1150<br>Santa Ana, CA 92707 | Ernesto Vasquez<br>949-809-3380 | Professional services | | | | 12,500.00 |
| 4 | Angel Zaldivar<br>10605 Western Ave<br>Stanton, CA 90680 | 714-715-6182 | Trade/services | | | | 2,314.80 |
| 5 | SoCal Edison<br>PO Box 300<br>Rosemead, CA 91771 | | Utility | | | | 2,012.40 |
| 6 | Hydrology Group, Inc.<br>217 N. Main Street, Suite 116<br>Santa Ana, CA 92701 | Robert Ocampo<br>951-704-2806<br>roberto@hydrologygroup.com | Security deposit | | | | 1,800.00 |
| 7 | Luke Williams<br>217 N. Main Street, Ste LL26<br>Santa Ana, CA 92701 | 562-702-5161<br>neghead@gmail.com | Security deposit | | | | 600.00 |
| 8 | Eric Stoner<br>217 N. Main Street, Ste 113<br>Santa Ana, CA 92701 | 949-233-0294<br>availablelight1@mac.com | Security deposits | | | | 511.50 |

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | DGWB Ventures, LLC | Case number (*if known*) _____ |
| | Name | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Dylan Almendral 217 N. Main Street, Ste LL12 Santa Ana, CA 92701 | 760-327-4718 dylan.m.almendral@gmail.com | Security deposits | | | | 490.00 |
| 10 | City of Santa Ana Water 20 Civic Center Plaza PO Box 1964, Santa Ana, CA 92702 | | Utility | | | | 448.97 |
| 11 | Hall & Co. CPA and Consult 111 Pacifica, Suite 300 Irvine, CA 92618 | Brad Hall 949-910-4255 | Professional services | | | | 350.00 |
| 12 | Waste Management PO Box 43530 Phoenix, AZ 85127 | | Utility | | | | 274.68 |
| 13 | Bay Alarm 1590 S. Lewis Street Anaheim, CA 92805 | bayalarm.com | Trade/services | | | | 250.89 |
| 14 | Excelsus IT Consulting 217 N. Main Street, Suite 119 Santa Ana, CA 92701 | 877-739-2357 jrgilkinson@excelsusit.com | Security deposit | | | | 241.00 |
| 15 | Grant Kobayashi 217 N. Main St, Ste LL13 Santa Ana, CA 92701 | 714-763-6124 grant.kobayashi@yahoo.com | Security deposit | | | | 175.00 |
| 16 | AT&T Internet PO Box 537104 Atlanta, GA 30353 | | Utility/internet | | | | 144.72 |
| 17 | GMS Elevator 401 Borrego Court San Dimas, CA 91773 | Camille c.albin@gmselevator.com 800-400-3904 | Trade/services | | | | 129.60 |
| 18 | AT&T Elevator PO Box 5025 Carol Stream, IL 60197 | | Trade/utility | | | | 77.34 |
| 19 | EnvirecoCare Pest Mgmt. 318 W. Katella Ave, Ste B Orange, CA 92867 | Steve Becker envirocarepc@gmail.com 714-744-1411 | Trade/service | | | | unknown |
| 20 | Fire Safety First 1170 E. Fruit Street Santa Ana, CA 92701 | Kim Blake kblake@firesafetyfirst.com 714-836-7800 | Trade/service | | | | unknown |

American LegalNet, Inc.
www.FormsWorkFlow.com

UNANIMOUS WRITTEN CONSENT OF MEMBERS
OF
DGWB VENTURES, LLC,
a California limited liability company

Dated this 6th day of January 2021

Pursuant to the applicable provisions of the California Corporation Code and Article 7, section 7.3 of the Operating Agreement of DGWB Ventures, LLC, a California limited liability company (the "Company"), the members listed below constituting one hundred percent (100%) of the total membership interest in the Company, do hereby dispense with the formality of a meeting of the members and do hereby approve the resolution set forth herein and consent in writing to its adoption:

WHEREAS, it is in the best interests of the Company to file a voluntary petition in the United States Bankruptcy Court for the Central District of California, Santa Ana Division, pursuant to Chapter 11 of Title 11 of the United States Code;

WHEREAS, Jon Ernest Gothold is the Manager of the Company;

WHEREAS, Jon Ernest Gothold, Trustee of The Family Trust Share of the Gothold Family Trust, dated May 24, 2001, and Jon Ernest Gothold, Trustee of The Survivor's Trust Share of the Gothold Family Trust, dated May 24, 2001 are the sole members of the Company;

Be It Therefore RESOLVED, that Jon Ernest Gothold is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy on behalf of the Company; and

Be It Further RESOLVED, that Jon Ernest Gothold is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

Be It Further RESOLVED, that Jon Ernest Gothold is authorized and directed to employ the law firm of Snell & Wilmer L.L.P. to represent the Company in such bankruptcy case.

DGWB VENTURES, LLC

By:  JON ERNEST GOTHOLD
Title:  Manager

4840-5366-0885.1

1

Members:

THE FAMILY TRUST SHARE OF
THE GOTHOLD FAMILY TRUST, DATED
MAY 24, 2001

By:  JON ERNEST GOTHOLD, Trustee


THE SURVIVOR'S TRUST SHARE OF
THE GOTHOLD FAMILY TRUST, DATED
MAY 24, 2001

By:  JON ERNEST GOTHOLD, Trustee

2

4840-5366-0885.1

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael B. Reynolds (SBN 174534)<br>mreynolds@swlaw.com<br>Andrew B. Still (SBN 312444)<br>astill@swlaw.com<br>SNELL & WILMER L.L.P.<br>600 Anton Blvd., Suite 1400<br>Costa Mesa, CA 92626<br>Telephone: (714) 427-7000<br>Facsimile: (714) 427-7799 | |
| ☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>DGWB VENTURES, LLC<br><br><br><br><br>Debtor(s). | CASE NO.:<br><br>ADVERSARY NO.:<br><br>CHAPTER: 11 |
|---|---|
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* Jon Ernest Gothold_____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

    ☒ I am the president or other officer or an authorized agent of the Debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ☐ I am the attorney for the Debtor corporation

2.a.  ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of
      any class of the corporation's(s') equity interests:

      _____

      _____

      _____

      [For additional names, attach an addendum to this form.]

  b.  ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity
      interest.

Date: _January 6, 2021_____

By: _____
       Signature of Debtor, or attorney for Debtor

Name: _Jon Ernest Gothold, Manager of Debtor____
        Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 2                **F 1007-4.CORP.OWNERSHIP.STMT**

**List of Equity Interest Holders**

Jon Ernest Gothold, Trustee
The Family Trust Share of the Gothold Family Trust dated 5/24/2001
1107 West Riviera Drive
Santa Ana, CA 92706

Jon Ernest Gothold, Trustee
The Survivor's Trust Share of the Gothold Family Trust dated 5/24/2001
1107 West Riviera Drive
Santa Ana, CA 92706

**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LBR 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
   None

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
   N/A

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
   None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
   N/A

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at S arta An a _____, California

Date: January 6, 2021 _____

_____
Signature of Debtor 1
Jon Ernest Gothold, Manager of Debtor

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                    Page 1                        F 1015-2.1.STMT.RELATED.CASES

Fill in this information to identify the case:

Debtor name  DGWB Ventures, LLC

United States Bankruptcy Court for the:  Central _____  District of  CA
                                                                (State)

Case number (If known):  _____

☐ Check if this is an
  amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

Part 1:  **Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B*.....................................................................    $7,300,000.00

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B* ...............................................................    $927,212.44

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*....................................................................    $8,227,212.44

**Part 2:**  **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...........    $4,785,639.02

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................    $16,321.94

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................    **+** $ 63,753.40

4. **Total liabilities** ...................................................................................................................    $4,865,714.36
   Lines 2 + 3a + 3b

Official Form 206Sum                **Summary of Assets and Liabilities for Non-Individuals**                page 1

American LegalNet, Inc.
www.FormsWorkFlow.com

**Fill in this information to identify the case:**

Debtor name    DGWB Ventures, LLC

United States Bankruptcy Court for the:    Central    District of    CA
(State)

Case number (If known):

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**    $ _____

3. **Checking, savings, money market, or financial brokerage accounts** (*Identify all*)

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. Bank of America | Business checking | 2313 | $   29,410.00 |
| 3.2. | | | $ _____ |

4. **Other cash equivalents** (*Identify all*)

   4.1. _____    $ _____
   4.2. _____    $ _____

5. **Total of Part 1**    $   29,410.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. _____    $ _____
   7.2. _____    $ _____

American LegalNet, Inc.
www.FormsWorkFlow.com

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment
8.1. Property taxes first installment paid through 04/2021 ........ $ 12,504.44
8.2. Property insurance paid through 12/2021 ........ $ 12,217.00

**9. Total of Part 2.** $ 24,721.44

Add lines 7 through 8. Copy the total to line 81.

---

**Part 3:** Accounts receivable

**10. Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**11. Accounts receivable**

11a. 90 days old or less: _____ – _____ =...... ➔  $ _____
face amount    doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ =...... ➔  $ _____
face amount    doubtful or uncollectible accounts

**12. Total of Part 3** $ _____

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

**Part 4:** Investments

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:
14.1. _____    _____  $ _____
14.2. _____    _____  $ _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of ownership:
15.1. _____    ____%    _____  $ _____
15.2. _____    ____%    _____  $ _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:
16.1. _____    _____  $ _____
16.2. _____    _____  $ _____

**17. Total of Part 4** $ _____

Add lines 14 through 16. Copy the total to line 83.

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    DGWB Ventures, LLC
_____
Name

Case number (if known) _____

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **20. Work in progress** | MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **21. Finished goods, including goods held for resale** | MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **22. Other inventory or supplies** | MM / DD / YYYY | $ _____ | _____ | $ _____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ _____

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____   Valuation method _____   Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $ _____ | _____ | $ _____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | $ _____ | _____ | $ _____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $ _____ | _____ | $ _____ |
| **31. Farm and fishing supplies, chemicals, and feed** | $ _____ | _____ | $ _____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $ _____ | _____ | $ _____ |

Official Form 206A/B      Schedule A/B: Assets — Real and Personal Property      page 3


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor _____   Case number (if known) _____
DGWB Ventures, LLC
Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ _____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $ _____ Valuation method _____ Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** | | | |
| Conference room tables, chairs, misc. furniture | $ _____ | Resale value | $ 12,000.00 |
| 40. **Office fixtures** | | | |
| 82 work stations with office chairs | $ _____ | Resale value | $ 16,400.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| AV and server room equipment | $ _____ | Resale value | $ 12,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 40,400.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No
☐ Yes

Official Form 206A/B        Schedule A/B: Assets — Real and Personal Property        page 4

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    DGWB Ventures, LLC _____    Case number (if known) _____
         Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1 _____ | $ _____ | _____ | $ _____ |
| 47.2 _____ | $ _____ | _____ | $ _____ |
| 47.3 _____ | $ _____ | _____ | $ _____ |
| 47.4 _____ | $ _____ | _____ | $ _____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| 48.1 _____ | $ _____ | _____ | $ _____ |
| 48.2 _____ | $ _____ | _____ | $ _____ |

49. **Aircraft and accessories**

| 49.1 _____ | $ _____ | _____ | $ _____ |
| 49.2 _____ | $ _____ | _____ | $ _____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| _____ | $ _____ | _____ | $ _____ |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

$ _____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes



American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    DGWB Ventures, LLC
_____
          Name                                                Case number (if known) _____

---

| **Part 9:** | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 217 N Main St Santa Ana, CA 92701<br>(including parking lots located at 210-<br>55.2 220 N. Bush Street, Santa Ana, CA) | Fee, 100% | $ _____ | Appraisal | $ 7,300,000.00 |
| | | $ _____ | | $ _____ |
| 55.3 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.4 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.5 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.6 _____ | _____ | $ _____ | _____ | $ _____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 7,300,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☒ Yes

---

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $ _____ | | $ _____ |
| 61. **Internet domain names and websites**<br>_____ | $ _____ | | $ _____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $ _____ | | $ _____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $ _____ | | $ _____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $ _____ | | $ _____ |
| 65. **Goodwill**<br>_____ | $ _____ | | $ _____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ _____

---

Official Form 206A/B                **Schedule A/B: Assets — Real and Personal Property**                page **6**

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor   DGWB Ventures, LLC _____   Case number *(if known)* _____
                   Name

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 11:** | **All other assets** |

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

| | **Current value of debtor's interest** |

**71.** **Notes receivable**

Description (include name of obligor)

_____   −   _____   = ➜   $ _____
                                   Total face amount       doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $ _____

_____   Tax year _____   $ _____

_____   Tax year _____   $ _____

**73.** **Interests in insurance policies or annuities**

_____   $ _____

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $ _____

Nature of claim   _____

Amount requested   $ _____

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $ _____

Nature of claim   _____

Amount requested   $ _____

**76.** **Trusts, equitable or future interests in property**

_____   $ _____

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Judgment against DGWB, Inc. _____   $   582,861.00

Stipulated, unfiled judgment against DGWB, Inc. _____   $   250,000.00

**78.** **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90   $   832,681.00

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

Official Form 206A/B          **Schedule A/B: Assets — Real and Personal Property**          page 7

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    DGWB Ventures, LLC
          _____          Case number (if known) _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 29,410.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 24,721.44 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ _____ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ _____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ _____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ _____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 40,400.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ _____ | |
| 88. **Real property.** *Copy line 56, Part 9* ............................................ ➜ | | $ 7,300,000 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ _____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 832,681.00 | |
| 91. **Total.** Add lines 80 through 90 for each column ..............................91a. | $ 927,212.44 | + 91b. $ 7,300,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 .................................................................................    $ 8,227,212.44

American LegalNet, Inc.
www.FormsWorkFlow.com

**Fill in this information to identify the case:**

Debtor name _DGWB Ventures, LLC_

United States Bankruptcy Court for the: _Central_ District of _CA_
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.1**

Creditor's name
_Citizens Business Bank_

Creditor's mailing address
_701 North Haven Avenue_
_Ontario, CA 91764_

Creditor's email address, if known
_____

Date debt was incurred _2017_
Last 4 digits of account number  _0  2  1  3_

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

Describe debtor's property that is subject to a lien
_217 N. Main Street, Santa Ana, CA 92701_
_(including parking lots located at 210-220_
_Bush Street, Santa Ana, CA)_

Describe the lien
_Deed of Trust_

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _2,032,781.56_   $ _7,300,000.00_

**2.2**

Creditor's name
_Citizens Business Bank_

Creditor's mailing address
_701 North Haven Avenue_
_Ontario, CA 91764_

Creditor's email address, if known
_____

Date debt was incurred _2018_
Last 4 digits of account number  _0  2  4  1_

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
_217 N. Main Street, Santa Ana, CA 92701_
_(including parking lots located at 210-220_
_Bush Street, Santa Ana, CA)_

Describe the lien
_Deed of Trust_

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _1,737,890.16_   $ _7,300,000.00_

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ _4,785,639.02_

page 1 of _3_

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    DGWB Ventures, LLC
_____
Name                                    Case number _(if known)_ _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2. 3** **Creditor's name**

Citizens Business Bank

**Creditor's mailing address**

701 North Haven Avenue

Ontario, CA 91764

**Creditor's email address, if known**

_____

**Date debt was incurred** 2018

**Last 4 digits of account number**    0   1   9   1

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

217 N. Main Street, Santa Ana, CA 92701
(including parking lots located at 210-220     $ 1,014,967.30     $ 7,300,000.00

Bush Street, Santa Ana, CA)

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2. ___** **Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**    __  __  __  __

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____     $ _____     $ _____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

American LegalNet, Inc.
www.FormsWorkFlow.com

| | |
|---|---|
| Debtor | DGWB Ventures, LLC |
| | Name |

Case number *(if known)* _____

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Integrated Lender Services<br>2461 W. LaPalma Ave., Suite 120<br>Anaheim, CA 92801 | Line 2. 1-3 | __ __ __ __ |
| Orange County Treasurer-Tax Collector<br>PO Box 4515<br>Santa Ana, CA 92702-4515 | Line 2. 1-3 | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |

American LegalNet, Inc.
www.FormsWorkFlow.com

Form 206D        Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | DGWB Ventures, LLC |
| United States Bankruptcy Court for the: | Central  District of  CA |
| | (State) |
| Case number (If known) | |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**

Priority creditor's name and mailing address

CA Franchise Tax Board
Attn: Bankruptcy BE MS A345
PO Box 2952, Sacramento, CA 95812

**Date or dates debt was incurred**

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $   unknown      $   unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
FOR NOTICE PURPOSES ONLY

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2**

Priority creditor's name and mailing address

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

**Date or dates debt was incurred**

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $   unknown      $   unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
FOR NOTICE PURPOSES ONLY

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.3**

Priority creditor's name and mailing address

Orange County Tax Collector
PO Box 4515
Santa Ana, CA 92702-4515

**Date or dates debt was incurred**

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is: $   12,504.44      $   12,504.44
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Property taxes

**Is the claim subject to offset?**
☒ No
☐ Yes

page 1 of 8

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | DGWB Ventures, LLC | |
|---|---|---|
| | Name | |

Case number *(if known)* _____

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.4** Priority creditor's name and mailing address

Dylan Almendral
217 N. Main Street, Suite LL12
Santa Ana, CA 92701

$ 490.00    $ 490.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2020

**Basis for the claim:**
Security Deposits

**Last 4 digits of account**
number  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.5** Priority creditor's name and mailing address

Eric Stoner
217 N. Main Street, Suite 113
Santa Ana, CA 92701

$ 511.50    $ 511.50

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2019

**Basis for the claim:**
Security Deposits

**Last 4 digits of account**
number  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.6** Priority creditor's name and mailing address

Excelsus IT Consulting
217 N. Main Street, Suite 119
Santa Ana, CA 92701

$ 241.00    $ 241.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2017

**Basis for the claim:**
Security Deposit

**Last 4 digits of account**
number  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.7** Priority creditor's name and mailing address

Grant Kobayashi
217 N. Main Street, Suite LL13
Santa Ana, CA 92701

$ 175.00    $ 175.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2020

**Basis for the claim:**
Security Deposit

**Last 4 digits of account**
number  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    DGWB Ventures, LLC
_____
Name    Case number (if known) _____

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | | Priority amount |
|---|---|---|---|

**2.8** Priority creditor's name and mailing address

$ 1,800.00    $ 1,800.00

Hydrology Group, Inc.
217 N. Main Street, Suite 116
Santa Ana, CA 92701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2020

**Basis for the claim:**
Security Deposit

**Last 4 digits of account**
number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.9** Priority creditor's name and mailing address

$ 600.00    $ 600.00

Luke Williams
217 N. Main Street, Suite LL26
Santa Ana, CA 92701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2021

**Basis for the claim:**
Security Deposit  (pending)

**Last 4 digits of account**
number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☒ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.__** Priority creditor's name and mailing address

$ _____    $ _____

_____
_____
_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account**
number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.__** Priority creditor's name and mailing address

$ _____    $ _____

_____
_____
_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account**
number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

page 3 of 8


American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | DGWB Ventures, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 2,314.80 |
|---|---|---|
| Angel Zaldivar | ☐ Contingent | |
| | ☐ Unliquidated | |
| 10605 Western Avenue | ☐ Disputed | |
| Stanton, CA 90680 | | |
| | **Basis for the claim:** Trade | |
| **Date or dates debt was incurred** 2020 | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** ___ ___ ___ ___ | ☒ No   ☐ Yes | |

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 77.34 |
|---|---|---|
| AT&T Elevator | ☐ Contingent | |
| | ☐ Unliquidated | |
| PO Box 5025 | ☐ Disputed | |
| Carol Stream, IL 60197-5025 | | |
| | **Basis for the claim:** Trade/utility | |
| **Date or dates debt was incurred** 2020 | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** ___ ___ ___ ___ | ☒ No   ☐ Yes | |

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 144.72 |
|---|---|---|
| AT&T Internet | ☐ Contingent | |
| | ☐ Unliquidated | |
| PO Box 537104 | ☐ Disputed | |
| Atlanta, GA 30353 | | |
| | **Basis for the claim:** Trade/Internet | |
| **Date or dates debt was incurred** 2020 | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** ___ ___ ___ ___ | ☒ No   ☐ Yes | |

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 45,250.00 |
|---|---|---|
| Avalon Financial Group Inc. | ☐ Contingent | |
| | ☐ Unliquidated | |
| 1075 N. Coast Hwy | ☐ Disputed | |
| Laguna Beach, CA 92651 | | |
| | **Basis for the claim:** Consulting | |
| **Date or dates debt was incurred** 2020 | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** ___ ___ ___ ___ | ☒ No   ☐ Yes | |

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 250.89 |
|---|---|---|
| Bay Alarm | ☐ Contingent | |
| | ☐ Unliquidated | |
| 1590 S. Lewis Street | ☐ Disputed | |
| Anaheim, CA 92805 | | |
| | **Basis for the claim:** Trade/service | |
| **Date or dates debt was incurred** 2020 | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** ___ ___ ___ ___ | ☒ No   ☐ Yes | |

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 448.97 |
|---|---|---|
| City of Santa Ana Water | ☐ Contingent | |
| 20 Civic Center Plaza, PO Box 1964 | ☐ Unliquidated | |
| Santa Ana, CA 92702 | ☐ Disputed | |
| | **Basis for the claim:** Utility | |
| **Date or dates debt was incurred** 2020 | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** ___ ___ ___ ___ | ☒ No   ☐ Yes | |

page 4 of 8



American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    DGWB Ventures, LLC
_____    Case number _(if known)_ _____
Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.7** | **Nonpriority creditor's name and mailing address**

EnviroCare Pest Management

318 W. Katella Avenue, Suite B

Orange, CA 92867

Date or dates debt was incurred          2020

Last 4 digits of account number          ___  ___  ___  ___

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade/service

**Is the claim subject to offset?**
☒ No
☐ Yes

$          unknown

---

**3.8** | **Nonpriority creditor's name and mailing address**

Fire Safety

1170 E. Fruit Street

Santa Ana, CA 92701

Date or dates debt was incurred          2020

Last 4 digits of account number          ___  ___  ___  ___

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade/service

**Is the claim subject to offset?**
☒ No
☐ Yes

$          unknown

---

**3.9** | **Nonpriority creditor's name and mailing address**

GMS Elevator

401 Borrego Court

San Dimas, CA 91773

Date or dates debt was incurred          2020

Last 4 digits of account number          ___  ___  ___  ___

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade/service

**Is the claim subject to offset?**
☒ No
☐ Yes

$          129.60

---

**3.10** | **Nonpriority creditor's name and mailing address**

Hall & Co. CPA and Consultants, Inc.

111 Pacifica, Suite 300

Irvine, CA 92618

Date or dates debt was incurred          2020

Last 4 digits of account number          ___  ___  ___  ___

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Professional services

**Is the claim subject to offset?**
☒ No
☐ Yes

$          350.00

---

**3.11** | **Nonpriority creditor's name and mailing address**

SoCal Edison

PO Box 300

Rosemead, CA 91771

Date or dates debt was incurred          2020

Last 4 digits of account number          ___  ___  ___  ___

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility

**Is the claim subject to offset?**
☒ No
☐ Yes

$          2,012.40

---

page 5 of 8


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    DGWB Ventures, LLC
Name

Case number *(if known)* _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.12** Nonpriority creditor's name and mailing address

SVA Architects, Inc.

6 Hutton Centre Drive, Suite 1150

Santa Ana, CA 92707

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade/services

$ 12,500.00

Date or dates debt was incurred     2020
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.13** Nonpriority creditor's name and mailing address

Waste Mangement

PO Box 43530

Phoenix, AZ 85127

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility

$ 274.68

Date or dates debt was incurred     2020
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.___** Nonpriority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred     _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.___** Nonpriority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred     _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.___** Nonpriority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred     _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor ___DGWB Ventures, LLC_____   Case number _(if known)_ _____
        Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. _____ _____ _____ | Line_____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.2. _____ _____ _____ | Line_____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.3. _____ _____ _____ | Line_____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.4. _____ _____ _____ | Line_____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 41. _____ _____ _____ | Line_____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.5. _____ _____ _____ | Line_____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.6 _____ _____ _____ | Line_____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.7. _____ _____ _____ | Line_____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.8. _____ _____ _____ | Line_____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.9. _____ _____ _____ | Line_____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.10. _____ _____ _____ | Line_____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.11. _____ _____ _____ | Line_____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |

page _7_ of _8_


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor  DGWB Ventures, LLC _____  Case number (if known) _____
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|-----------------------------------------------------------------|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 16,321.94 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 63,753.40 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c | $ 80,075.34 |

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims


American LegalNet, Inc.
www.FormsWorkFlow.com

**Fill in this information to identify the case:**

Debtor name ___DGWB Ventures, LLC___

United States Bankruptcy Court for the: _____Central_____ District of ___CA___
                                                                                      (State)

Case number (If known): _____   Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Real property lease - office space | Eric Stoner |
| | | Debtor is lessor | 217 N. Main Street, Suite 113 |
| | | | Santa Ana, CA 92701 |
| | State the term remaining | month-to-month | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Real property lease - office space | Eric Stoner |
| | | Debtor is lessor | 217 N. Main Street, Suite 124 |
| | | | Santa Ana, CA 92701 |
| | State the term remaining | month-to-month | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Real property lease - office space | Excelsus IT Consulting |
| | | Debtor is lessor | 217 N. Main Street, Suite 119 |
| | | | Santa Ana, CA 92701 |
| | State the term remaining | month-to-month | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Real property lease - office space | Hydrology Group, Inc. |
| | | Debtors is lessor | 217 N. Main Street, Suite 116 |
| | | | Santa Ana, CA 92701 |
| | State the term remaining | month-to-month | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Real property lease - office space | Dylan Almendral |
| | | Debtor is lessor | 217 N. Main Street, Suite LL12 |
| | | month-to-month | Santa Ana, CA 92701 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

page 1 of **2**

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | DGWB Ventures, LLC | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

*Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.*

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.6**
| State what the contract or lease is for and the nature of the debtor's interest | Real property lease - office space | Dylan Almendral |
|---|---|---|
| | Debtor is lessor | 217 N. Main Street, Suite LL16 |
| | | Santa Ana, CA 92701 |
| State the term remaining | month-to-month | |
| List the contract number of any government contract | | |

**2.7**
| State what the contract or lease is for and the nature of the debtor's interest | Real property lease - office space | Grant Kobayashi |
|---|---|---|
| | Debtor is lessor | 217 N. Main Street, Suite LL13 |
| | | Santa Ana, CA 92701 |
| State the term remaining | month-to-month | |
| List the contract number of any government contract | | |

**2.8**
| State what the contract or lease is for and the nature of the debtor's interest | Real property lease - cell tower | New Cingular Wireless PCS/AT&T Mobility Corp. |
|---|---|---|
| | Debtor is lessor | 575 Morosgo Drive NE |
| | | Atlanta, GA 30324 |
| State the term remaining | 9/30/2021, with extension options | |
| List the contract number of any government contract | | |

**2.9**
| State what the contract or lease is for and the nature of the debtor's interest | Real property lease - office space | Luke Williams |
|---|---|---|
| | Debtor is lessor | 217 N. Main Street, Suite LL26 |
| | begins 1/22/21, then month-to-month | Santa Ana, CA 92701 |
| State the term remaining | | |
| List the contract number of any government contract | | |

**2.10**
| State what the contract or lease is for and the nature of the debtor's interest | Contract - Parking Management | SP Plus Corporation |
|---|---|---|
| | Debtor is counterparty | 200 East Randolph Street, Suite 7700 |
| | | Chicago, IL 60601 |
| State the term remaining | | |
| List the contract number of any government contract | | |

**2.11**
| State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|
| State the term remaining | | |
| List the contract number of any government contract | | |

**2.__**
| State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|
| State the term remaining | | |
| List the contract number of any government contract | | |

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases

American LegalNet, Inc.
www.FormsWorkFlow.com

**Fill in this information to identify the case:**

Debtor name __DGWB Ventures, LLC__

United States Bankruptcy Court for the: _____Central_____ District of ___CA___
                                                                                    (State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                                          12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 | DGWB, Inc. | Attn: Michael Weisman <br> Street <br> 400 Spectrum Center Drive, Suite 1900 <br> Irvine    CA    92618 <br> City    State    ZIP Code | Citizens Business Bank | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.2 | Michael Brandt Weisman Dana Leigh Johnson Weisman | Trustees of the Weisman Family Trust dated April 12, 2000 <br> Street <br> 12345 Singing Wood Drive <br> Santa Ana    CA    92705 <br> City    State    ZIP Code | Citizens Business Bank | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.3 | Michael Weisman | 12345 Singing Wood Drive <br> Street <br> Santa Ana    CA    92705 <br> City    State    ZIP Code | Citizens Business Bank | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.4 | Jimmy Smith | 13 Morning Mist <br> Street <br> Irvine    CA    92603 <br> City    State    ZIP Code | Citizens Business Bank | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.5 | Edward Collins | 46 Glen Echo <br> Street <br> Trabuco Canyon CA    92679 <br> City    State    ZIP Code | Citizens Business Bank | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.6 | Jon Gothold | Street <br> 1107 West Riviera Drive <br> Santa Ana    CA    92706 <br> City    State    ZIP Code | Citizens Business Bank | ☒ D <br> ☐ E/F <br> ☐ G |

page 1 of 2

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    DGWB Ventures, LLC
         Name                                                    Case number (if known) _____

| | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 Jon Gothold | Trustee of the Survivor's Trust Share of the Gothold Family Trust, Dated May 24, 2001<br>Street<br>1107 West Riviera Drive<br>Santa Ana     CA          92706<br>City          State          ZIP Code | Citizens Business Bank | ☒ D<br>☐ E/F<br>☐ G |
| 2.8 Jon Gothold | Trustee of the Family Trust Share of the Gothold Family Trust, Dated May 24, 2001<br>Street<br>1107 West Riviera Drive<br>Santa Ana     CA          92706<br>City          State          ZIP Code | Citizens Business Bank | ☒ D<br>☐ E/F<br>☐ G |
| 2.__ _____ | Street<br><br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ _____ | Street<br><br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ _____ | Street<br><br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ _____ | Street<br><br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ _____ | Street<br><br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ _____ | Street<br><br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Official Form 206H                    Schedule H: Codebtors


American LegalNet, Inc.
www.FormsWorkFlow.com

Fill in this information to identify the case and this filing:

Debtor Name  DGWB Ventures, LLC

United States Bankruptcy Court for the: Central _____ District of CA
                                                          (State)

Case number (if known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration     Corporate ownership statement, statement of related cases, verification of creditor matrix, list of equity security holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/06/2021      ✗ _____
      MM / DD / YYYY                           Signature of individual signing on behalf of debtor

                                 Jon Ernest Gothold
                                 Printed name

                                 Manager of Debtor
                                 Position or relationship to debtor



American LegalNet, Inc.
www.FormsWorkFlow.com

**Fill in this information to identify the case:**

Debtor name  DGWB Ventures, LLC

United States Bankruptcy Court for the:  Central _____ District of  CA
                                                                    (State)

Case number (If known):  _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

---

**Part 1:**        **Income**

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2021 to  Filing date<br>MM / DD / YYYY | ☒ Operating a business<br>☒ Other  rents from property | $ 7,080.85 |
| **For prior year:** | From 01/01/2020 to  12/31/2020<br>MM / DD / YYYY    MM / DD / YYYY | ☐ Operating a business<br>☒ Other  rents and parking<br>from property | $ 109,862.06 |
| **For the year before that:** | From 07/01/2019 to  12/31/2019<br>MM / DD / YYYY    MM / DD / YYYY | ☐ Operating a business<br>☒ Other  rents from property | $ 32,369.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected
from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ to  Filing date<br>MM / DD / YYYY    _____ | $ _____ |
| **For prior year:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY    _____ | $ _____ |
| **For the year before that:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY    _____ | $ _____ |

---

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    DGWB Ventures, LLC                                                  Case number *(if known)* _____
          _____
          Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Clarke Marine Insurance<br>Creditor's name<br>245 Fischer Avenue<br>Street<br>Suite D8<br>Costa Mesa    CA    92626<br>City    State    ZIP Code | 12/16/2020 | $12,217.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Insurance |
| 3.2. | County of Orange Tax Collector<br>Creditor's name<br>500 S. Main Street<br>Street<br>Suite 103<br>Orange    CA    92868<br>City    State    ZIP Code | 12/5/2020 | $12,504.44 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Property Taxes |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____ | $ _____ | _____<br>_____<br>_____ |
| | Relationship to debtor<br>_____ | | | |
| 4.2. | _____<br>Insider's name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____ | $ _____ | _____<br>_____<br>_____ |
| | Relationship to debtor<br>_____ | | | |

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    DGWB Ventures, LLC _____    Case number (if known) _____
          Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | |
| | Creditor's name | | | $ _____ |
| | Street | | | |
| | City          State          ZIP Code | | | |
| 5.2. | | | | |
| | Creditor's name | | | $ _____ |
| | Street | | | |
| | City          State          ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $ _____ |
| Creditor's name | | | |
| Street | | | |
| City          State          ZIP Code | Last 4 digits of account number: XXXX– _____ | | |

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | DGWB Ventures, LLC v. DGWB, Inc., et al. | Breach of Contract | Orange County Superior Court | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | 700 Civic Center Drive West | ☒ Concluded |
| | | | Street | |
| | 30-2019-01062698 | | Santa Ana    CA    92701 | |
| | | | City          State          ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City          State          ZIP Code | |


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    DGWB Ventures, LLC
          _____
          Name

Case number (if known) _____

---

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $ _____ |
| Custodian's name | | |
| Street | Case title | Court name and address |
| | | Name |
| | Case number | Street |
| City     State     ZIP Code | | |
| | Date of order or assignment | City     State     ZIP Code |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | | | $ _____ |
| Recipient's name | | | |
| Street | | | |
| City     State     ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| 9.2. _____ | | | $ _____ |
| Recipient's name | | | |
| Street | | | |
| City     State     ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| _____ | _____ | _____ | $ _____ |

---


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    DGWB Ventures, LLC
_____
        Name

Case number (if known) _____

---

**Part 6:**    **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Snell & Wilmer L.L.P. | | 12/28/2020 | $ 150,000 |
| | **Address** | | | |
| | 600 Anton Blvd., Suite 1400 <br> Street | | | |
| | Costa Mesa    CA    92626 <br> City       State       ZIP Code | | | |
| | **Email or website address** | | | |
| | swlaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Jon Gothold | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | <br> Street | | | |
| | <br> City       State       ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |
| | | | |


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    DGWB Ventures, LLC
_____
Name

Case number (*if known*) _____

**13. Transfers not already listed on this statement**

List any transfers of money or other property–by sale, trade, or any other means–made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $ _____ |
| | **Address** | _____ | | |
| | _____ Street | | | |
| | _____ City          State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | _____ | _____ | $ _____ |
| | _____ | _____ | | |
| | **Address** | | | |
| | _____ Street | | | |
| | _____ City          State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | 217 N. Main Street _____ Street | From 2/1/2000    To 7/25/2019 |
| | Suite 200 _____ | |
| | Santa Ana          CA    92701 City          State      ZIP Code | |
| 14.2. | _____ Street | From _____    To _____ |
| | _____ | |
| | _____ City          State      ZIP Code | |



American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor   DGWB Ventures, LLC _____     Case number (if known) _____
      Name

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

– diagnosing or treating injury, deformity, or disease, or
– providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City    State    ZIP Code | _____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>_____<br>_____ | _____<br><br>**How are records kept?**<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |
| 15.2. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City    State    ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>_____<br>_____ | _____<br><br>**How are records kept?**<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained. _____
    Does the debtor have a privacy policy about that information?

    ☐ No
    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
    Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.
    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ - _____ |

Has the plan been terminated?

☐ No
☐ Yes

---

Official Form 207     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     page 7

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    DGWB Ventures, LLC
_____    Case number (if known) _____
        Name

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Citizens Business Bank<br>Name<br>PO Box 3938<br>Street<br><br>Ontario        CA      91761<br>City        State      ZIP Code | XXXX– 0522 | ☒ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 8/6/2020 | $6,529.12 |
| 18.2. | _____<br>Name<br>_____<br>Street<br><br>_____<br>City        State      ZIP Code | XXXX– | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br><br>_____<br>City        State      ZIP Code | _____<br>_____<br><br>**Address**<br>_____<br>_____ | _____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br><br>_____<br>City        State      ZIP Code | _____<br>_____<br><br>**Address**<br>_____<br>_____ | _____<br>_____ | ☐ No<br>☐ Yes |

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor   DGWB Ventures, LLC
_____         Case number (if known) _____
         Name

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Eric Stoner <br> Name <br><br> 217 N. Main Street <br> Street <br><br> Suite 113 <br> Santa Ana    CA    92701 <br> City          State          ZIP Code | Debtor's business checking account | Tenant security deposit and last month's rent | $ 480.00 |

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ <br><br> **Case number** <br> _____ | Name <br> _____ <br><br> Street <br> _____ <br><br> _____ <br> City         State         ZIP Code | _____ <br><br> _____ | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name <br> _____ <br><br> Street <br> _____ <br><br> City     State     ZIP Code | Name <br> _____ <br><br> Street <br> _____ <br><br> City     State     ZIP Code | _____ <br><br> _____ | _____ |

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    DGWB Ventures, LLC _____        Case number (if known) _____
         Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | | | EIN: _____ - _____ |
| | Name | | **Dates business existed** |
| | Street | | |
| | | | From _____ To _____ |
| | City          State     ZIP Code | | |
| 25.2. | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | | | EIN: _____ - _____ |
| | Name | | **Dates business existed** |
| | Street | | |
| | | | From _____ To _____ |
| | City          State     ZIP Code | | |
| 25.3. | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | | | EIN: _____ - _____ |
| | Name | | **Dates business existed** |
| | Street | | |
| | | | From _____ To _____ |
| | City          State     ZIP Code | | |

---

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    DGWB Ventures, LLC
_____
     Name

Case number (if known) _____

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Jon Gothold and Katherine Huntoon**<br>Name<br>**1107 West Riviera Drive**<br>Street | From 7/1/2019 To present |
| **Santa Ana**    **CA**    **92706**<br>City    State    ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26a.2. **Cindy Melton**<br>Name<br>**unknown**<br>Street | From 2/1/2000 To 7/25/2019 |
| City    State    ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **Avalon Financial Group**<br>Name<br>**1075 N. Coast Hwy**<br>Street | From 7/1/2019 To present |
| **Laguna Beach**    **CA**    **92651**<br>City    State    ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26b.2. **Hall & Company CPA and Consultants, Inc.**<br>Name<br>**111 Pacifica**<br>Street<br>**Suite 300** | From 1/1/2016 To 12/31/2020 |
| **Irvine**    **CA**    **92618**<br>City    State    ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.<br>Name<br>Street | |
| City    State    ZIP Code | |

---


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor  DGWB Ventures, LLC _____  Case number (*if known*) _____
      <sub>Name</sub>

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | |
| Name | |
| Street | |
| City          State          ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|
| 26d.1. |
| Name |
| Street |
| City          State          ZIP Code |

| Name and address |
|---|
| 26d.2. |
| Name |
| Street |
| City          State          ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ _____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| Street |
| City          State          ZIP Code |

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    DGWB Ventures, LLC _____    Case number (*if known*) _____
      Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |
| **Name and address of the person who has possession of inventory records** | | |

27.2. _____
    Name

_____
Street

_____

_____
City        State        ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jon Gothold | 1107 W. Riviera Dr., Santa Ana, CA 92706 | Manager/CEO | 0 |
| Katherine Huntoon | 1107 W. Riviera Dr., Santa Ana, CA 92706 | Bookkeeper | 0 |
| Jon Gothold, Trustee of Family Trust, etc. | 1107 W. Riviera Dr., Santa Ana, CA 92706 | Member | 33.3 |
| Jon Gothold, Trustee of Survivor's Trust, etc. | 1107 W. Riviera Dr., Santa Ana, CA 92706 | Member | 66.67 |
| _____ | | | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ Name | _____ | _____ | _____ |
| _____ Street | | | |
| _____ | | _____ | |
| _____ City  State  ZIP Code | | _____ | |
| **Relationship to debtor** | | _____ | |
| _____ | | _____ | |

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor   DGWB Ventures, LLC _____        Case number (if known) _____
               Name

|  | Name and address of recipient | | | |
|---|---|---|---|---|
| 30.2 | Name | | | |
|  | Street | | | |
|  | City                    State          ZIP Code | | | |
|  | Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  | EIN: _____ – _____ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  | EIN: _____ – _____ |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/06/2021
                     MM / DD / YYYY

✗ _____      Printed name  Jon Ernest Gothold
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Manager of Debtor

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☐ No

☒ Yes

---

American LegalNet, Inc.
www.FormsWorkFlow.com

Continuation Page – Statement of Financial Affairs

Part 11: Property the Debtor Holds or Controls that the Debtor does not Own

| Line | Owner's Name and Address | Location of Property | Description of the property | Amount |
|---|---|---|---|---|
| 21.1 | Eric Stoner<br>217 N. Main St., Suite 124<br>Santa Ana, CA 92701 | Debtor's Business Checking Account | Tenant security deposit and last month's rent | $543.00 |
| 21.2 | Excelsus IT Consulting<br>217 N. Main St., Suite 119<br>Santa Ana, CA 92701 | Debtor's Business Checking Account | Tenant security deposit | $241.00 |
| 21.3 | Hydrology Group, Inc.<br>217 N. Main St., Suite 116<br>Santa Ana, CA 92701 | Debtor's Business Checking Account | Tenant security deposit and last month's rent | $3,600.00 |
| 21.4 | Dylan Almendral<br>217 N. Main St., Suite LL16<br>Santa Ana, CA 92701 | Debtor's Business Checking Account | Tenant security deposit and last month's rent | $520.00 |
| 21.5 | Dylan Almendral<br>217 N. Main St., Suite LL12<br>Santa Ana, CA 92701 | Debtor's Business Checking Account | Tenant security deposit and last month's rent | $460.00 |
| 21.6 | Grant Kobayashi<br>217 N. Main St., Suite LL13<br>Santa Ana, CA 92701 | Debtor's Business Checking Account | Tenant security deposit and last month's rent | $350.00 |
| 21.7 | Luke Williams<br>217 N. Main St., Suite LL12<br>Santa Ana, CA 92701 | Debtor's Business Checking Account | Tenant security deposit and last month's rent | $1,200.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

<u>Central</u> District Of <u>California</u>

**In re**

DGWB Ventures, LLC,                                      Case No. _____

**Debtor**                                                           Chapter  11 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above
    named debtor(s) and that compensation paid to me within one year before the filing of the petition in
    bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in
    contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept.......................................................... $___150,000.00___

    Prior to the filing of this statement I have received ................................................ $___150,000.00___

    Balance Due ....................................................................................................... $____0.00____

2.  The source of the compensation paid to me was:

    ☐ Debtor            ☒ Other (specify)  Jon Gothold

3.  The source of compensation to be paid to me is:

    ☐ Debtor            ☒ Other (specify)  Jon Gothold

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are
       members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not
       members or associates of my law firm. A copy of the agreement, together with a list of the names of the
       people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy
    case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to
        file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned
        hearings thereof;


American LegalNet, Inc.
www.FormsWorkFlow.com

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

Debtor's managing member supplied Snell & Wilmer (the "Firm") with a retainer of $150,000.  The Firm will seek employment pursuant to 11 U.S.C. Section 327(a) and will seek compensation equal to the amount of hours expended multiplied by each timekeeper's hourly rate, pursuant to Sections 327 and 330 of the Bankruptcy Code.  If the total amount of fees and costs allowed by the Bankruptcy Court is less than the retainer, the balance will be refunded.  If the total amount of fees and costs allowed by the Bankruptcy Court is greater than the amount of the retainer, the Firm will seek payment of the unpaid balance from the estate and/or Mr. Gothold, who has issued a personal guaranty.  The full scope of the Firm's engagement agreement with the Debtor will be described in the Firm's employment application.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| _____01/06/2021_____ | /s/ Michael B. Reynolds |
| Date | Signature of Attorney |
| | Snell & Wilmer L.L.P. |
| | Name of law firm |



American LegalNet, Inc.
www.FormsWorkFlow.com

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael B. Reynolds (SBN 174534) mreynolds@swlaw.com Andrew B. Still (SBN 312444) astill@swlaw.com SNELL & WILMER L.L.P. 600 Anton Blvd., Suite 1400 Costa Mesa, CA 92626 Telephone: (714) 427-7000 Facsimile: (714) 427-7799 ☐ *Debtor(s) appearing without attorney* ☒ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA -SANTA ANA DIVISION**

| In re: DGWB Ventures, LLC | CASE NO.: CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS** **[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1 (a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of 6 sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 01/06/2021

Jon Ernest Gothold, Manager of Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*

**F 1007-1.MAILING.LIST.VERIFICATION**

American LegalNet, Inc.
www.FormsWorkFlow.com

Angel Zaldivar
10605 Western Ave
Stanton, CA 90680


AT&T Elevator
PO Box 5025
Carol Stream, IL 60197-5025


AT&T Internet
PO Box 537104
Atlanta, GA 30353


Avalon Financial Group Inc
1075 N Coast Hwy
Laguna Beach, CA 92651


Bay Alarm
1590 S Lewis St
Anaheim, CA 92805


Citizens Business Bank
701 North Haven Avenue
Ontario, CA 91764


City of Santa Ana Water
Treasury Div Municipal Utility Serv
PO Box 1964
Santa Ana, CA 92702

Clarke Marine Ins
Attn Rachel Arnold
245 Fischer Avenue Ste D8
Costa Mesa, CA 92626


Dana Leigh Johnson Weisman Tr
Weisman Fam Trust 4/12/2020
12345 Singing Wood Drive
Santa Ana CA 92705


Dean Heacock
47 Windjammer Ct
Long Beach, CA 90803


DGWB Inc.
400 Spectrum Center Dr Ste 1900
Irvine, CA 92618


DGWB Ventures, LLC
PO Box 11863
Santa Ana, CA 92711


Dylan Almendral
217 N Main St Ste LL12
Santa Ana, CA 92701


Dylan Almendral
217 N Main St Ste LL16
Santa Ana, CA 92701

Edward Collins
46 Glen Echo
Trabuco Canyon, CA 92679


Enviro-Care Pest
Attn Steve Becker
318 W Katella Ave Ste B
Orange, CA 92867


Eric Stoner
217 N Main St Ste 113
Santa Ana, CA 92701


Eric Stoner
217 N Main St Ste 124
Santa Ana, CA 92701


Excelsus IT Consulting
217 N Main St Ste 119
Santa Ana, CA 92701


Fire Safety First
Attn Kim Blake
1170 E Fruit Street
Santa Ana, CA 92701


Franchise Tax Board
Bankruptcy BE MS A345
PO Box 2952
Sacramento, CA 95812

GMS Elevator
401 Borrego Court
San Dimas, CA 91773


Grant Kobayashi
217 N Main St Ste LL13
Santa Ana, CA 92701


Hall & Co CPA Consulting
111 Pacifica Ste 300
Irvine, CA 92618


Hydrology Group Inc
217 N Main St Ste 116
Santa Ana, CA 92701


Integrated Lender Services
2461 W La Palma Ave Ste 120
Anaheim, CA 92801


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Jimmy Smith
13 Morning Mist
Irvine, CA 92603

Jon Gothold
1107 West Riviera Drive
Santa Ana, CA 92706


Jon Gothold Tr
Gothold Fam Trust 5/24/2001
1107 West Riviera Drive
Santa Ana, CA 92706


Jon Gothold Tr
Surv Sh Gothold Fam Trust 5/24/01
1107 West Riviera Drive
Santa Ana, CA 92706


Katherine Huntoon
1107 West Riviera Drive
Santa Ana, CA 92706


Luke Williams
217 N Main St Ste LL26
Santa Ana, CA 92701


Michael Weisman
12345 Singing Wood Drive
Santa Ana CA 92705


Michael Weisman Tr
Weisman Fam Trust 4/12/2020
12345 Singing Wood Drive
Santa Ana CA 92705

New Cingular Wireless
AT&T Mobility Corp
575 Morosgo Drive NE
Atlanta, GA 30324


OC Tax Collector
PO Box 4515
Santa Ana, CA 92702-4515


SoCal Edison
PO Box 300
Rosemead, CA 91771


Snell & Wilmer LLP
600 Anton Blvd Ste 1400
Costa Mesa, CA 92626


SP Plus Corp
200 E Randolph St Ste 7700
Chicago, IL 60601


SVA Architects Inc
6 Hutton Centre Dr Ste 1150
Santa Ana, CA 92707


Waste Management
PO Box 43530
Phoenix, AZ 85127